IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO, HEIDI R.
BERRIOS-DE-LORIE, HEIDI MARIE LORIE-
BERRIOS, GIANINE SUSETTE LORIE-
BERRIOS, ROLANDO JOSE SANTIAGO-
BERRIOS, and the legal conjugal partnership
formed by José M. Lorié-Velasco and Heidi
R. Berrios-de-Lorié

Plaintiffs

vs                                                         CIVIL 98-1867CCC

K-MART CORPORATION, ABC
INSURANCE COMPANY, DEF
INSURANCE COMPANY

Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM,
COOPERATIVA DE SEGUROS MULTIPLES
DE PUERTO RICO

Third-Party Defendants

## ORDER

Having considered K-Mart Corporation's Motion Requesting Disqualification of Third Party Defendant's Legal Representation (**docket entry 21**), the third-party defendants' Opposition (**docket entry 22**), K-Mart Corporation's Reply (**docket entry 27**), the Motion in Compliance with Order (**docket entry 42**), and the Reply (**docket entry 44**), the Motion Requesting Disqualification (**docket entry 21**) is DENIED.

AO 72A
(Rev 8/82)

CIVIL 98-1867CCC                                      2

The Urgent Motion Requesting Stay of Proceedings (**docket entry 32**) is DENIED. The parties will hold a Local Rule 311.11 conference no later than March 10, 2000 to resolve the pending discovery differences.

**A pretrial conference is hereby set for May 4, 2000 at 4:45 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on February 25, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/c · Z. Slominski
      J. Quetglas
      E. Landrón
      V. Santoni
                3-2-00