IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO, HEIDI R. BERRIOS-DE-LORIE, HEIDI MARIE LORIE-BERRIOS, GIANINE SUSETTE LORIE-BERRIOS, ROLANDO JOSE SANTIAGO-BERRIOS, and the legal conjugal partnership formed by José M. Lorié-Velasco and Heidi R. Berrios-de-Lorié

Plaintiffs

vs                                           CIVIL 98-1867CCC

K-MART CORPORATION, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY

Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM, COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO

Third-Party Defendants

## PARTIAL JUDGMENT

Pursuant to plaintiffs' Notice of Voluntary Dismissal Motion filed on October 26, 1999 (**docket entry 48**), this action is DISMISSED, without prejudice, as to defendant National Union Fire Insurance Company of Pennsylvania.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on February 23, 2000.

CARMEN CONSUELO CEREZO
United States District Judge