IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO, HEIDI R.
BERRIOS-DE-LORIE, HEIDI MARIE LORIE-
BERRIOS, GIANINE SUSETTE LORIE-
BERRIOS, ROLANDO JOSE SANTIAGO-
BERRIOS, and the legal conjugal partnership
formed by José M. Lorié-Velasco and Heidi R.
Berrios-de-Lorié

Plaintiffs

vs

K-MART CORPORATION, ABC
INSURANCE COMPANY, DEF
INSURANCE COMPANY

Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM,
COOPERATIVA DE SEGUROS MULTIPLES
DE PUERTO RICO

Third-Party Defendants

CIVIL 98-1867CCC



# ORDER

Plaintiffs' Motion to Compel (**docket entry 30**) (see also docket entry 32) is GRANTED. K-Mart shall comply with plaintiffs' Request for production of documents within thirty (30) days after notice of this Order.

Having considered the third-party defendants' Motion to Compel (**docket entry 34**) and K-Mart's Opposition (**docket entry 36**), the Motion to Compel is GRANTED. K-Mart shall answer the interrogatories and produce the documents as requested by Group Service System and Cooperativa de Seguros Múltiples de Puerto Rico within thirty (30) days after notice.

K-Mart's failure to comply with any of these directives will result in the imposition of sanctions.

CIVIL 98-1867CCC                                    2

K-Mart's Motion to Dismiss (**docket entry 41**) which was opposed by the third-party defendants (**docket entry 47**) is DENIED. K-Mart's Motion to Quash Subpoena (**docket entry 53**) is MOOT.

SO ORDERED.

At San Juan, Puerto Rico, on March 31, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/c - Z. Słominski
J. Quetglas
E. Sandua
V. Santori
4-?-00

AO 72A
(Rev.8/82)