## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                    April 11, 2000


BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


JOSE M. LORIE-VELASCO, et al

Plaintiffs

vs                                              CIVIL 98-1867CCC

K MART CORPORATION, et al

Defendants

---

By order of the Court, the Urgent Motion for Scheduling of Case Management Conference (**docket entry 49**) is DENIED, case will be set for pretrial and trial before the presiding Judge or before the U.S. Magistrate Judge, should it be referred to the latter.

The Informative Motion and Request for Order (**docket entry 50**) is NOTED; defendants and third-party defendants shall, within ten (10) days after notice, inform the plaintiffs if they consent to having the case referred to the U.S. Magistrate Judge for future pretrial proceeding and trial.  If so agreed, consent form to be filed immediately thereafter. Request for order is DENIED.

Plaintiffs' Motion to Renew Their Motion to Compel Defendant K-Mart to Comply with Discovery Obligations and for Imposition of Sanctions (**docket entry 57**) is MOOT.  See March 31, 2000 Order (docket entry 59).  Parties to be notified.

s/c  Z. Slomienski         U Santori
     J. Quetglas           4-13-00
     E. Landron                  ml Secretary