IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                            April 26, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

JOSE M. LORIE-VELASCO, et al

Plaintiffs

vs                                                                                        CIVIL 98-1867CCC

K MART CORPORATION, et al

Defendants

---

The Court having considered the Motion for Continuance of Pretrial Conference filed on April 24, 2000 (**docket entry 64**) by third-party defendants, the same is GRANTED. The **pretrial conference is reset for August 8, 2000 at 4:45 PM. The parties are advised that all discovery in this case must conclude by July 21, 2000.** Parties to be notified.

*- Secretary*