IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                   May 11, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

JOSE M. LORIE-VELASCO, et al

Plaintiffs

vs                                                       CIVIL 98-1867CCC

K MART CORPORATION, et al

Defendants

---

By order of the Court, the Motion for Reconsideration of Court Order (**docket entry 61**) is DENIED. Parties to be notified.

⁓⋌ - Secretary

