IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS             August 8, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

JOSE M. LORIE VELASCO, et al
Plaintiffs
vs                                 CIVIL 98-1867CCC

K-MART CORPORATION, et al
Defendants

---

By order of the Court, the Motion requesting additional time for discovery filed on July 21, 2000 by third party claimant K-Mart (**docket entry 71**), is granted. Discovery deadline is reset as a final one to September 21, 2000. The deadline for the dispositive motions is also reset for October 20, 2000.

Given these new schedulings, the Motion for Continuance of Pretrial Conference also filed by K-Mart on August 7, 2000 is granted. The pretrial is reset for the last time for February 13, 2001 at 4:45 p.m. The parties are advised that under no circumstances the Court will continue the pretrial setting.

Parties to be notified.

- Law Clerk

AUG 1 0 2000