# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO, HEIDI R. BERRIOS-DE-LORIE, HEIDI MARIE LORIE-BERRIOS, GIANINE SUSETTE LORIE-BERRIOS, ROLANDO JOSE SANTIAGO-BERRIOS, and the legal conjugal partnership formed by José M. Lorié-Velasco and Heidi R. Berrios-de-Lorié

Plaintiffs

vs                                                          CIVIL 98-1867CCC

K-MART CORPORATION, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY

Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM, COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO

Third-Party Defendants



## ORDER

Having considered the Motion to Compel Discovery Pursuant to Rule 37 of the Federal Rules of Civil Procedure filed by defendant Kmart Corporation (**docket entry 62**) and plaintiffs' Opposition to Motion to Compel and Request for Protective Order (**docket entry 66**), the motion to compel is DENIED. The request for protective order is MOOT.

The Motion for Scheduling of Trial Date filed by plaintiffs (**docket entry 70**) is MOOT. See **docket entry 73**.

SO ORDERED.

At San Juan, Puerto Rico, on August 15, 2000.

CARMEN CONSUELO CEREZO
United States District Judge