IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MINUTES OF PROCEEDINGS | September 21, 2000 |

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge



JOSE M. LORIE-VELASCO, et al

Plaintiffs

vs                                                          CIVIL 98-1867CCC

K-MART CORPORATION, et al

Defendants and Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM, et al

Third-Party Defendants

_____

By order of the Court, plaintiffs' Motion for Reassignment of this Case to Another District Judge (**docket entry 74**) is DENIED.

Defendant's Motion Clarifying Plaintiffs' Motion for Reassignment of this Case to Another District Judge (**docket entry 76**) is NOTED. Parties to be notified.

                                                      ⁁⁀⁄ - Secretary

