## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO, HEIDI R.
BERRIOS-DE-LORIE, HEIDI MARIE
LORIE-BERRIOS, GIANINE SUSETTE
LORIE-BERRIOS, ROLANDO JOSE
SANTIAGO-BERRIOS, and the legal
conjugal partnership formed by José M.
Lorié-Velasco and Heidi R. Berrios-de-
Lorié

Plaintiffs

vs                                                    CIVIL 98-1867CCC

K-MART CORPORATION, ABC INSURANCE
COMPANY, DEF INSURANCE COMPANY

Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM, COOPERATIVA
DE SEGUROS MULTIPLES DE PUERTO RICO

Third-Party Defendants

---

### O R D E R

Having considered the Urgent Motion to Compel or to Quash Plaintiffs' Expert Testimonies filed by defendant\third party plaintiff Kmart Corporation (Kmart) (**docket entry 77**) and plaintiffs' opposition (**docket entry 79**), the motion to compel is GRANTED. The Motion Requesting Leave to File a Reply filed by Kmart (**docket entry 83**) is MOOT. The Motion Clarifying Urgent Motion to Compel or to Quash Plaintiffs' Expert Testimonies filed by Kmart (**docket entry 84**) is NOTED.

Having considered the Motion to Compel Third Party Defendant to Comply With Its Discovery Obligations filed by plaintiffs (**docket entry 78**) and the opposition filed by third-

CIVIL 98-1867CCC                              2

party defendant Group Service System (Group) (**docket entry 82**), Group is GRANTED a final term of fifteen (15) days after notice to answer plaintiffs' interrogatories and request for production of documents, if it still has not done so.

The Urgent Motion Requesting Additional Time for Discovery filed by Kmart (**docket entry 80**) is GRANTED. Since the Court entertained this motion after the expiration of the term requested, October 20, 2000, said term is extended until OCTOBER 31, 2000.

SO ORDERED.

At San Juan, Puerto Rico, on October 26, 2000.

CARMEN CONSUELO CEREZO
United States District Judge