IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    November 22, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


JOSE M. LORIE-VELASCO, et al

Plaintiffs

vs                                         CIVIL 98-1867CCC

K MART CORPORATION, et al

Defendants

_____

By order of the Court plaintiffs shall file their opposition to defendant/third-party plaintiff's Motion Regarding Plaintiffs' Non-Medical Experts (docket entry 86) within ten (10) days after notice. Parties to be notified.

                                        - Secretary