## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO, HEIDI R.
BERRIOS-DE-LORIE, HEIDI MARIE
LORIE-BERRIOS, GIANINE SUSETTE
LORIE-BERRIOS, ROLANDO JOSE
SANTIAGO-BERRIOS, and the legal
conjugal partnership formed by José M.
Lorié-Velasco and Heidi R. Berrios-de-
Lorié

Plaintiffs

vs                                              CIVIL 98-1867CCC

K-MART CORPORATION, ABC INSURANCE
COMPANY, DEF INSURANCE COMPANY

Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM, COOPERATIVA
DE SEGUROS MULTIPLES DE PUERTO RICO

Third-Party Defendants

---

## ORDER

Having considered the Motion Regarding Plaintiffs' Non-medical Experts (**docket entry 86**) and plaintiffs' opposition (**docket entry 89**), the same is DENIED.

Plaintiffs are ORDERED to submit the report of Mr. Carlos Garet no later than December 29, 2000. Plaintiffs shall make the following experts available to defendant K-Mart for the taking of their deposition during the month of January 2001, without delay, to wit, Mr. Carlos Garet, Dr. Leonel Shub and Ms. Rosa Brown.

SO ORDERED.

At San Juan, Puerto Rico, on December 4, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)