IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO, HEIDI R.
BERRIOS-DE-LORIE, HEIDI MARIE
LORIE-BERRIOS, GIANINE SUSETTE
LORIE-BERRIOS, ROLANDO JOSE
SANTIAGO-BERRIOS, and the legal
conjugal partnership formed by José M.
Lorié-Velasco and Heidi R. Berrios-de-
Lorié

Plaintiffs

vs                                                          CIVIL 98-1867CCC

K-MART CORPORATION, ABC INSURANCE
COMPANY, DEF INSURANCE COMPANY

Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM, COOPERATIVA
DE SEGUROS MULTIPLES DE PUERTO RICO

Third-Party Defendants

## ORDER

The Informative Motion in Relation to Request for Order to Show Cause filed by plaintiffs (**docket entry 92**) is NOTED. Accordingly, the Informative Motion and Request for Order to Show Cause Why Dr. Víctor Mojica Should Not be Held in Contempt filed by plaintiffs (**docket entry 91**) is deemed withdrawn.

The Errata for Informative Motion and Request for Order to Show Cause filed by plaintiffs (**docket entry 93**) is NOTED.

The Motion Requesting Withdrawal as Legal Counsel filed by attorney Isabel Garcés-Castro (**docket entry 94**) is GRANTED. The Clerk of Court and the parties shall take notice

AO 72A
(Rev.8/82)

CIVIL 98-1867CCC                           2

that the law firm of Ramírez-Lavandero, Landrón & Vera will continue to represent defendant/third party plaintiff Kmart Corporation. Said law firm shall announce the new attorney in charge of this case within the term of fifteen (15) days after notice.

SO ORDERED.

At San Juan, Puerto Rico, on February 6, 2001.

CARMEN CONSUELO CEREZO
United States District Judge

FEB - 8 2001