IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    February 13, 2001

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

JOSE M. LORIE-VELASCO, et al

Plaintiffs

vs                                              CIVIL 98-1867CCC

K MART CORPORATION, et al

Defendants

---

This case was called for a pretrial conference today. Only attorney José F. Quetglas-Jordán, for plaintiffs, was present. Attorneys for defendants shall show cause within ten (10) days after notice why they should not be sanctioned for failing to appear.

The **pretrial conference is reset for March 27, 2001 at 4:45 PM. Jury trial is reset for May 8, 2001 at 10:00 AM. Daily working hours will be 10:00 AM to 1:00 PM and 2:00 PM to 5:00 PM.** Parties to be notified.

s/cs:to ( )
attys/pts
in ICMS                              - Secretary

MAR - 1 2001