IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                March 19, 2001

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

JOSE M. LORIE-VELASCO, et al

Plaintiffs

vs                                                    CIVIL 98-1867CCC

K-MART CORPORATION, et al

Defendant and Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM, et al

Third-Party Defendants

---

By order of the Court, the Motion in Compliance of Court Order filed by attorney Vicente Santori-Coll on March 6, 2001 (**docket entry 105**) is NOTED. Attorney Santori-Coll is however advised that the August 8, 2000 minutes in which the pretrial conference was set for the last time for February 13, 2001 (**docket entry 73**) was notified to him on August 10, 2000. Mr. Santori-Coll is further advised that the **pretrial conference has been scheduled for MARCH 27, 2001 at 4:45 P.M.** and failure to appear shall result in the imposition of sanctions to him personally or to his client. Parties to be notified.

s/cs:to ( )
attys/pts
in ICMS
MAR 2 5 2001
- Secretary