IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**          March 22, 2001

BEFORE HONORABLE JUDGE CARMEN CONSUELO CEREZO

| COURTROOM DEPUTY: | **CIVIL NO. 98-1867(CCC)** |
|---|---|
| COURT INTERPRETER: | COURT REPORTER: |

| | |
|---|---|
| **JOSE M. LORIE-VELASCO, ET AL** | Attorney(s) for Plaintiff: |
| Plaintiffs | |
| vs. | |
| **K-MART COROPRATION, ET AL** | Attorney(s) for Defendant: |
| Defendants | |

By order of the Court, the **Pretrial Conference set for March 27, 2001 is rescheduled to March 29, 2001 at 4:30PM.**

Parties to be notified.

                              Courtroom Deputy Clerk

s/cs:to ( 5 )
attys/pts
in ICMS

MAR 2 5 2001