IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO, HEIDI R. BERRIOS-DE-LORIE, HEIDI MARIE LORIE-BERRIOS, GIANINE SUSETTE LORIE-BERRIOS, ROLANDO JOSE SANTIAGO-BERRIOS, and the legal conjugal partnership formed by José M. Lorié-Velasco and Heidi R. Berrios-de-Lorié

Plaintiffs

vs                                              CIVIL 98-1867CCC

K-MART CORPORATION, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY

Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM, COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO

Third-Party Defendants

# ORDER

Having considered the Request for Protective Order and Motion to Strike Dr. Víctor Mojica as an Expert filed by plaintiffs (**docket entry 98**) as well as the related motion filed by defendant/third party plaintiff K-mart Corporation requesting that plaintiff be found in contempt or to quash plaintiffs' expert testimonies (**docket entry 99**), and plaintiffs' opposition (**docket entry 101**), the Court RULES as follows:

The request for protective order and motion to strike Dr. Víctor Mojica as an expert is GRANTED, and defendant/third party plaintiff's contempt motion and to quash plaintiffs' expert testimony (**docket entry 99**) is DENIED.

Defendant/ third party plaintiff K-mart shall retain, within the final term of fifteen (15) days after notice, a new expert who shall examine plaintiff José M. Lorié-Velasco. The parties

AO 72A
(Rev.8/82)

CIVIL 98-1867CCC                              2

will arrange for such physical examination within the term of twenty (20) days after the new expert neurologist is retained by defendant K-mart. These deadlines will not be reconsidered or extended by the Court.

    SO ORDERED.

    At San Juan, Puerto Rico, on March 19, 2001.

CARMEN CONSUELO CEREZO<br>
United States District Judge

s/cs:to (7)
attys/pts
in ICMS
MAR 2 5 2001