# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**          March 30, 2001



**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

JOSE M. LORIE-VELASCO, et al

Plaintiffs

vs                                                CIVIL 98-1867CCC

K MART CORPORATION, et al

Defendants and Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM, et al

Third-Party Defendants

---

At the pretrial conference held on March 29, 2001 present were: counsel José F. Quetglas-Jordán, for plaintiffs, co-counsel Zygmunt G. Slominsky for plaintiffs was excused; counsel Eileen Landrón-Guardiola and Eduardo Vera-Ramírez, counsel for defendans, and Vicente Santori-Coll, counsel for third-party defendants.

The Final Pretrial Order filed on March 27, 2001 (docket entry    ) is APPROVED.

On or before May 30, 2001 defendant K-Mart's new expert neurologist to disclose his report in compliance with Fed.R.Civ.P. 26(a)(2)(B); expert's deposition to be taken no later than June 29, 2001.

**Jury trial set for May 8, 2001 is reset for September 11, 2001 at 10:00 AM.**




Dr. Ricardo Brau-Ramírez, plaintiff Lorié-Velasco's treating physician, shall be deposed no later than April 30, 2001.

Objections to defendant K-Mart's witness José A. Serrano-Morales is withdrawn. Item 3 of K-Mart's list of witnesses at p. 34 of the Final Pretrial Order is MOOT. Item 6, at p. 34, is amended to read Impeachment Witnesses; objection to such evidence is withdrawn by plaintiffs. Parties agree that defendants' witnesses 8 and 9, custodians of records, are not necessary because the authenticity of the records is stipulated.

Plaintiffs shall file a motion by April 24, 2001 to exclude Dr. Marcos Ramos-Meléndez and Engineer Eric Cintrón as as witnesses for defendant K-Mart and defendant shall file its opposition by May 15, 2001.

Plaintiffs' objection to video and testimony of person who took it is OVERRULED. This is impeachment evidence which will be allowed if it has impeachment value.

Plaintiffs shall inquire from Dr. Enid Berrios what date or information she considered in reaching her opinion and if she has working notes. If they exist, plaintiffs shall provide them to defendant by May 2001.

Defendant shall file by April 12, 2001 a motion in limine as to plaintiffs' experts Rosa Brown and Antonio Queipo and plaintiffs shall oppose them by April 30, 2001.

Any objection to the documentary evidence shall be filed by May 1, 2001, with statement of reasons. Failure to do so shall result in waiver of the objection. Parties to be notified.

- Secretary