IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                      **April 4, 2001**

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

JOSE M. LORIE-VELASCO, et al

Plaintiffs

vs                                    CIVIL 98-1867CCC

K MART CORPORATION, et al

Defendants and Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM, et al

Third-Party Defendants

_____

By order of the Court, Motion with Regard to Motion Assuming Legal Representation (**docket entry 97**) is NOTED. The Motion on Plaintiffs' Motion with Regard to Motion Assuming Legal Representation (**docket entry 104**) is NOTED. The request for sanctions contained therein is DENIED. Parties to be notified.

~~- Secretary

s/cs:to ( 5 )
attys/pts
in ICMS

APR - 5 2001