# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**　　　　　　　May 10, 2001

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

JOSE M. LORIE-VELASCO, et al

Plaintiffs

vs　　　　　　　　　　　　　　　　　　CIVIL 98-1867CCC

K MART CORPORATION, et al

Defendants and Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM, et al

Third-Party Defendants

_____

　　By order of the Court plaintiffs' Motion for Extension of Time (**docket entry 121**) and Motion for Final Brief Extension of Time (**docket entry 124**) are MOOT. The docket shall so reflect.

　　　　　　　　　　　　　　　　　　　　　　　　　　／⌒∕   - Secretary

s/cs:to ( 5 )
attys/pts
in ICMS

MAY 11 2001