IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO, HEIDI R.
BERRIOS-DE-LORIE, HEIDI MARIE LORIE-
BERRIOS, GIANINE SUSETTE LORIE-
BERRIOS, ROLANDO JOSE SANTIAGO-
BERRIOS, and the legal conjugal partnership
formed by José M. Lorié-Velasco and Heidi
R. Berrios-de-Lorié

Plaintiffs

vs                                                    CIVIL 98-1867CCC

K-MART CORPORATION, ABC
INSURANCE COMPANY, DEF
INSURANCE COMPANY

Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM,
COOPERATIVA DE SEGUROS MULTIPLES
DE PUERTO RICO

Third-Party Defendants

## ORDER

The Court has before it the Motion in Limine filed by defendant Kmart Corporation on April 11, 2001 (**docket entry 116**) and the plaintiffs' opposition filed on May 9, 2001 (**docket entry 125**). Based on the proffer of the testimony of treating neurosurgeon Dr. César Zapater and of physiatrist Dr. Enid Berríos on the existence of a disability which will result in a diminution of plaintiff Lorié-Velasco's productive capacity and the proffer of plaintiff Lorié-

CIVIL 98-1867CCC                                        2

Velasco's own testimony that he has forced himself, despite excruciating pain and against medical advice, to continue working to support his family, the motion in limine (**docket entry 116**) is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on June/2, 2001.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to (?)
attys/pts
in ICMS

JUN 1 4 2001

AO 72A
(Rev.8/82)