IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**           September 5, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

JOSE M. LORIE-VELASCO, et al

Plaintiffs

vs                                                   CIVIL 98-1867CCC

K MART CORPORATION, et al

Defendants and Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM, et al

Third-Party Defendants

---

By order of the Court a **settlement conference is hereby set for September 6, 2001 at 4:45 PM.** Parties notified by telephone.

- Secretary

*[handwritten notes:]*
Notified by tel. & FAX (787-725-3470/787-758-6927/787-723-2443)
J. Quintana - Jordan, Esq. 722-0635 (Maria)
V. Sinton - Call, Esq. 765-9170 (Judith)
M. A. Ramirez-Fontañez 725-1015 (Rita Perez-Arce)
9/5/2001

