IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  September 12, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

JOSE M. LORIE-VELASCO, et al

Plaintiffs

vs                                                                CIVIL 98-1867CCC

K MART CORPORATION, et al

Defendants and Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM, et al

Third-Party Defendants

---

At the settlement conference held on September 6, 2001 present were: José Quetglas-Jordán, counsel for plaintiffs, Marcos A. Ramírez-Lavandero and Pedro J. Pérez-Nieves, counsel for defendants and Vicente Santori-Coll, counsel for third-party defendants.

Counsel Santori-Coll informs that he will be out of the jurisdiction from October 24, 2001 through November 4, 2001. The parties all consented to the following:

1) vacate the September 11, 2001 trial setting,

2) to reinstate Mr. Carlos Garet as an expert witness for plaintiffs. Mr. Garet's report shall be filed within thirty (30) days as of September 6, 2001. Defendants will depose him forty-five (45) days as of September 6, 2001.

3) Engineer Erick Cintrón will be deposed by plaintiffs within forty-five (45) days as of September 6, 2001.

MINUTES OF PROCEEDINGS
Page
September 12, 2001
CIVIL 98-1867CCC

4) Defendant's expert witness, Dr. Boris Rojas, is allowed. Defendants' Motion for Reconsideration of Order Denying Defendants Motion to Compel Independent Medical Examination filed in chambers on September 6, 2001 (**docket entry** *148*) is MOOT. Plaintiffs' physical examination to be conducted on September 14, 21 or 24, 2001 by Dr. Rojas. Report to be filed thirty (30) days thereafter by Dr. Rojas. The parties will have forty-five (45) days after to depose Dr. Rojas.

**Jury trial is reset for March 5, 2002 at 10:00 AM.** Parties to be notified.

— Secretary

9-13-01 s/c
Jury Clerk

s/cs:to ( 7 )
attys/pts
in ICMS

SEP 19 2001