# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                       December 7, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

JOSE M. LORIE-VELASCO, et al

Plaintiffs

vs                                                CIVIL 98-1867CCC

K MART CORPORATION, et al

Defendants and Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM, et al

Third-Party Defendants

---

By order of the Court the Informative Motion as to Notification of Motion for Summary Judgment filed by third-party defendants (**docket entry 159**) is NOTED. The Motion for Time to File Opposition filed by Kmart Corporation (**docket entry 160**) is GRANTED until January 8, 2002. Parties to be notified.

s/cs:to ( 7 )
attys/pts
in ICMS

DEC 1 1 2001

⁀⋏ - Secretary

