IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO, HEIDI R.
BERRIOS-DE-LORIE, HEIDI MARIE LORIE-
BERRIOS, GIANINE SUSETTE LORIE-
BERRIOS, ROLANDO JOSE SANTIAGO-
BERRIOS, and the legal conjugal partnership
formed by José M. Lorié-Velasco and Heidi
R. Berrios-de-Lorié

Plaintiffs

vs                                              CIVIL 98-1867CCC

K-MART CORPORATION, ABC
INSURANCE COMPANY, DEF
INSURANCE COMPANY

Defendants Third-Party Plaintiffs

vs

GROUP SERVICE SYSTEM,
COOPERATIVA DE SEGUROS MULTIPLES
DE PUERTO RICO

Third-Party Defendants



## ORDER

Defendants third-party plaintiffs having filed a Motion Notifying Automatic Stay of Proceedings bringing to our attention the automatic stay of suits declared by the Bankruptcy Court as to all proceedings against defendant in Bankruptcy Case No. 02-02474 in the Northern District of Illinois (**docket entry 164**), the proceedings in this case are STAYED pending the final outcome of the Bankruptcy case. Defendant Kmart Corporation shall inform the status of the bankruptcy proceeding on or before July 10, 2002.

The **jury trial set for March 5, 2002 is VACATED** until further notice.

SO ORDERED.

At San Juan, Puerto Rico, on February 28, 2002.

CARMEN CONSUELO CEREZO
United States District Judge