IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO,
et al

    Plaintiff

    v.                          CIVIL NO. 98-1867 (CCC)

K MART CORPORATION, et al

    Defendant

### MEMORANDUM OF THE CLERK

Pursuant to the order entered in Misc. 02-55 dated April 12, 2002, this case was randomly reassigned to U.S. District Judge Juan M. Pérez-Giménez.

In San Juan, Puerto Rico, this 15th day of April 2002.

FRANCES RIOS DE MORAN, ESQ.
Clerk of Court