UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO,
ET AL.,
    Plaintiffs,

    v.                            Civil No. 98-1867(PG)

K-MART CORPORATION, ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #-- - STATUS OF THE CASE. | Parties in this matter are instructed to file a report in this case on or before July 1, 2002. Subsequently, parties in this matter shall file an Informative Motion <u>every three months</u> regarding the status of the bankruptcy proceedings of defendant K-Mart Corporation. |

Date: _____April 23_____, 2002.

                                            JUAN M. PEREZ-GIMENEZ
                                            U.S. District Judge