UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO,
ET AL.,
    Plaintiffs,

v.                              Civil No. 98-1867(PG)

K-MART CORPORATION, ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #168 - MOTION IN RELATION TO APRIL 23, 2002 ORDER. | **NOTED.** The law firm of Ramírez Lavandero & Assoc. is ordered to file a motion complying with the April 23, 2002 order or in the alternative, file a motion for withdrawal from this case. If Pedro J. Pérez-Nieves, Esq. will continue as counsel for Defendant K-Mart a motion shall be filed informing the Court to that effect. The law firm is granted until July 15, 2002 to comply with this order. |

Date: July _8_, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge