UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO,
ET AL.,
    Plaintiffs,

v.                                    Civil No. 98-1867(PG)

K-MART CORPORATION, ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #143-2 - DEFENDANT'S MOTION TO CONTINUE TRIAL. | **MOOT.** |
| Docket #154 - MOTION REQUESTING TIME TO OPPOSE MOTION IN LIMINE TO EXCLUDE PORTIONS OF REPORT AND TESTIMONY OF DR. JOSE EUGENIO VILLANUEVA. | **MOOT.** |
| Docket # 156 - MOTION TO SUBMIT MOTION FOR SUMMARY JUDGMENT. | **DENIED.** This case is stayed pursuant to the order of the Bankruptcy Court for the Northern District of Illinois. |
| Docket # 162 - MOTION REQUESTING THAT SUMMARY JUDGMENT MOTION BE HELD IN ABEYANCE. | **NOTED.** The Motion is to be adjudicated only upon the lifting of the stay of the Bankruptcy Court. Defendant shall oppose it at that time, if it so chooses. |

Date: August 20, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge


