UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO,
ET AL.,
    Plaintiffs,

v.                                Civil No. 98-1867(PG)

K-MART CORPORATION, ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #170 - MOTION REQUESTING WITHDRAWAL OF LEGAL REPRESENTATION AND IN COMPLIANCE WITH COURT ORDER OF JULY 8, 2002. | **GRANTED.** The Clerk of Court shall make the proper changes. |

Date: ~~August~~ September 5, 2002.

                                                JUAN M. PEREZ-GIMENEZ
                                                U.S. District Judge

notified by mail at: Kmart Corp
9/9/02 RC
Cheryl J Peters, Liability Supervisor
3270 West Big Beaver Road Second Floor
Troy MI 48084 / PO Box 5058 Troy MI 48007-5058

(172)