**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**



CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2003 OCT -9 PM 2: 07

RECEIVED AND FILED

JOSE M. LORIE-VELASCO,
ET AL.,
    Plaintiffs,

      v.                           Civil No. 98-1867(PG)

K-MART CORPORATION, ET AL.,
    Defendants.

### ORDER

Parties are ordered to inform the Court about the status of the bankruptcy proceedings and whether a stay of the proceedings is still in order. Parties shall comply with this Order within ten days of this Order.

Date: _____October____ 7__, 2003.

                                                    _____
                                                  JUAN M. PEREZ-GIMENEZ
                                                  U.S. District Judge

