UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE-VELASCO,
ET AL.,
    Plaintiffs,

v.                      Civil No. 98-1867(PG)

K-MART CORPORATION, ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| **Docket # 177 - MOTION IN COMPLIANCE WITH ORDER AND NOTICE OF CONFIRMATION OF KMART'S PLAN OF REORGANIZATION AND OPERATION OF INJUNCTION.** | NOTED - Defendant's compliance with court order is noted and the Court acknowledges the discharge's operation as an injunction for the continuation of the litigation of the case. |

Date: _____October_____ 29, 2003.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge