UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'4 FEB 19 AM 8: 25

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JOSE M. LORIE-VELASCO,
ET AL.,
    Plaintiffs,

v.                        Civil No. 98-1867(PG)

K-MART CORPORATION, ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket # 179 - NOTICE OF PARTIAL LIFT OF AUTOMATIC STAY AND PLAN INJUNCTION. | **NOTED.** Accordingly, the stay is lifted and the litigation in this case will now proceed and continue until a final judgment is entered. The Court acknowledges that the automatic stay and the plan injunction remain in full force and effect with respect to all actions regarding the execution of the final judgment or settlement against Kmart. |

Date: _____February_____ _17_, 2004.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

2/19/04 cm
fax: Jose F. Quetglas
Zygmunt G. Slominski
Eduardo A. Vera
Marta E. Vila
Vicente Santori