UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED on
'4 FEB 19 AM 8:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JOSE M. LORIE-VELASCO,
ET AL.,
    Plaintiffs,

v.                          Civil No. 98-1867(PG)

K-MART CORPORATION, ET AL.,
    Defendants.

| ORDER |
|---|
| On Order dated August 20, 2002 (Docket No. 171) the Court denied Docket No. 156 as titled Motion to Submit Motion for Summary Judgment. Docket No. 156, however, is actually titled Defendant's Opposition to Motion in Limine to Exclude Portions of Report and Testimony of Dr. Jose Eugenio Villanueva. The Motion to Submit Motion for Summary Judgment is Docket No. 157. Therefore, the Court hereby amends the order dated August 20, 2002, (Docket No. 171) to read Docket No. 157 instead of Docket No. 156. |

Date: _____February_____ _17_, 2004.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

2/19/04 cm
Fax: Jose F. Quetglas
Zygmunt G. Slominski
Eduardo A. Vera
Marta E. Vila
Vicente Santori