UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'4 FEB 19 AM 8: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JOSE M. LORIE-VELASCO,
ET AL.,
    Plaintiffs,

       v.                  Civil No. 98-1867(PG)

K-MART CORPORATION, ET AL.,
    Defendants.

| MOTION | ORDER |
| --- | --- |
| Docket # 162 - MOTION REQUESTING THAT MOTION FOR SUMMARY JUDGMENT BE HELD IN ABEYANCE.<br><br>Docket # 163 - OPPOSITION TO K-MART'S MOTION REQUESTING THAT MOTION FOR SUMMARY JUDGMENT BE HELD IN ABEYANCE. | These motions are hereby referred to U.S. Magistrate Judge Arenas for his consideration. |

Date: _____February_____ _17_, 2004.

                                     _[signature]_
                                  JUAN M. PEREZ-GIMENEZ
                                  U.S. District Judge

2/19/04 cm
fax: Jose F. Quetglas
Zygmunt G. Slominski
Eduardo A. Vera
Marta E. Vila
Vicente Santori