IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSÉ M. LORIÉ-VELASCO, et al.,

Plaintiffs

v.                                                              CIVIL 98-1867 (PG)

K-MART CORPORATION, et al.,

Defendants

O R D E R

I hereby disqualify myself in this case.

In San Juan, Puerto Rico, this 23rd day of February, 2004.

JUSTO ARENAS
United States Magistrate Judge