**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| JOSE M. LORIE VELASCO, et al<br><br>Plaintiffs<br><br>vs.<br><br>KMART CORPORATION, et al<br><br>Defendants<br><br>vs.<br><br>GROUP SERVICE SYSTEM,<br>COOPERATIVA DE SEGUROS<br>MULTIPLES DE PUERTO RICO<br>GROUP SERVICE SYSTEM<br><br>Third Party Defendants | CIVIL NO.: 1998-1867 (PG) |

**INFORMATIVE MOTION IN COMPLIANCE WITH ORDER REGARDING
SUBMITTING OF KMART'S EXPERT REPORT BY DR. BORIS ROJAS**

TO THE HONORABLE COURT:

COMES NOW Defendant, Kmart Corporation (hereinafter referred to as "Kmart"), represented by the undersigned attorneys and respectfully allege and pray as follows:

1. During the Status Conference held on March 9, 2004 the appearing party was granted a 30 day term to submit the expert report by Dr. Boris Rojas.(Docket No. 190).

2. In compliance with said order, Kmart respectfully submits that on this same date it has served the parties with Dr. Boris Rojas's expert report via fax and regular

mail. The expert report was issued on April 4, 2004 after the evaluation of plaintiff José M. Lorie Velasco on April 3, 2004.

WHEREFORE, it is respectfully requested from this Honorable Court that it takes notice of the above, consequently deems the Order entered on March 9, 2004 complied with as to the timely submitting of Kmart's expert witness report by Dr. Boris Rojas.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 6th day of April 2004.

IT IS HEREBY CERTIFIED that on April 6, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **José Quetglas Jordán, Esq.**, Quetglas Law Office, PO Box 16606, San Juan, Puerto Rico, 00907-6606, and to **Vicente Santori Coll, Esq.**, PO Box 363073, San Juan, Puerto Rico 00936.

In San Juan, Puerto Rico, this 6th day of April 2004.

> s/Marta E.Vila Baez
> MARTA E. VILA BAEZ
> USDC NO. 218111
>
> Attorneys for Defendant Kmart Corporation
> SÁNCHEZ BETANCES & SIFRE, P.S.C.
> BOLIVIA 33, SUITE 500
> P.O. BOX 195055
> SAN JUAN, PUERTO RICO, 00919-5055
> Phone: (787) 756-7880
> Fax No. (787) 753-6580
> mvila@sbslaw.com