```
1  QUETAL00.13
   4/7/00
2
3         EN EL ESTADO LIBRE ASOCIADO DE PUERTO RICO
              TRIBUNAL DE PRIMERA INSTANCIA
4                  SALA SUPERIOR DE
5
6
7  JOSE M. LORIE VELAZCO, ET AL

8        Demandante
                                     CIVIL NO. 98-1867 (CCC)
9          vs.

10
11 K-MART CORPORATION, ET AL           SOBRE:

12       Demandado                    DAÑOS Y PERJUICIOS

13         vs.

14
15 GROUP SERVICE SYSTEM, ET AL

16       Demandado

17 DEPOSICION TOMADA DE:

18
19
20                   ANA DEL VALLE

21     Hoy día siete (7) de abril de dos mil (2000) a la una
22 de la tarde (1:00 PM) en las oficinas del BUFETE QUETGLA'S
23 LAW OFFICE situado en la Avenida Ashford 1021, Segundo
24 Piso, Condado, Puerto Rico 00907.
25
```

**EXHIBIT 1**

11

1
2  R    ¿Antes de...?  Con K-mart.
3  P    Con K-mart.
4  R    Del '95.
5  P    ¿Desde 1995 hasta qué año?
6  R    Estuve trabajando hasta el '98.
7  P    ¿Finales del '98?
8  R    Sí.
9  P    ¿Y por qué razón termina su relación de empleo
10 con K-mart?
11  R    Ah no, eso ya es personal. Era con los mismos
12 trabajadores, no con la compañía.
13  P    No la entiendo. ¿Qué usted quiere decir con eso?
14  R    Pues problemas que tenía con los mismos
15 compañeros del trabajo, no con la empresa.
16  P    ¿Qué tipo de problemas?
17  R    Bueno, yo tenía un trabajo fuerte; ellos no
18 querían cumplir, mis compañeros. Después yo trabajaba de
19 noche. Con el accidente del señor a nosotros nos cambiaron
20 de día o de noche. Al fin y al cabo, yo estaba trabajando
21 ya los fines de tiempo que me quedaban. Los meses que
22 estaba trabajando fue de noche. Yo estaba trabajando de
23 10:00 PM a 6:00 AM. Ahí fue que tuve el problema con
24 ellos, aunque yo entré desde el '95 trabajando de noche de
25 10:00 a 6:00 AM.

                                                                    19

1   R    Había alrededor de; estaba el papá del muchacho
que estaba encargado, o sea, que lo tenían como alquilado.

    P    ¿Se acuerda el nombre de él, de la persona?

    R    No.

    P    No. Está bien. ¿Pero eran dos personas, el papá y el hijo?

    R    Dos. Y tenía alrededor como cinco muchachos más.

    P    ¿Como cinco muchachos encargados de la limpieza y mantenimiento?

    R    Limpieza general de piso. Piso ...

    P    ¿Perdón?

    R    Pisos, puertas. Mayormente baños.

    P    Y al usted decir que era el papá y el hijo, ¿usted se refiere a que usted entiende que el papá y el hijo eran los dueños de esa compañía de limpieza y mantenimiento?

    R    Sí, exacto.

    P    ¿Y ellos estaban allí presentes mientras se llevan a cabo los servicios o eran más bien los cinco empleados que usted mencionó?

    R    No. Cuando no estaba el papá, estaba el hijo.

    P    ¿Siempre había uno de ellos dos?

    R    Uno, exacto.

    P    ¿Y además habían cinco empleados de mantenimiento?