IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE VELASCO, et al.,                *

    Plaintiffs,                              *

        v.                                   *     CIVIL NO. 98-1867 (CCC)

KMART CORPORATION,                            *

    Defendants,                              *

    Third Party Plaintiff,                   *

        v.                                   *

GROUP SERVICE SYSTEM, et al.,                 *

    Third Party Defendant.                   *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of:

**JOSE M. LORIE VELASCO**

taken on May 19, 2000 at Law Offices Ramírez Lavandero, Landrón & Vera, LLP, 151 Fortaleza Street, Suite PH-2, Old San Juan, Puerto Rico.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECEIVED JUN 19 2000

**EXHIBIT 2**

1  aisle and then, after a few feet that I walked in, I slipped.
2  The floor was very--extremely slippery in there, in that area
3  and I slipped and I fell.
4      Q    Were you using the cane at that time?
5      A    I was holding it, yes.
6      Q    Holding it means you were using it or---
7      A    Yes, I was using it. I was using it, yes.
8      Q    With your right hand?
9      A    Yes.
10     Q    Could you tell me what type of merchandise was in
11 that aisle where you fell?  What was the type of merchandise
12 that you were--that was on both sides of the aisle?
13     A    I don't recall, you know, because just a few seconds
14 after I started, I fell, you know. I don't recall what
15 particular--I was just--I was following him.
16     Q    Okay. You have mentioned that it was slippery. Did
17 you notice anything strange about the floor before, during or
18 after the accident?
19     A    Before, I didn't notice anything.
20     Q    And afterwards?
21     A    I noticed that the floor was in that area, was very,
22 very, very shiny and very, very slippery.
23     Q    Did you notice any substance or any kind of substance
24 which made it slippery?
25     A    I could feel that there was a substance. I cannot

FASYO REPORTERS - English and Spanish
Ponce de León Ave. 1606 Suite 503
Santurce, PR 00909   (809)721-7668 721-7690

1  tell what, but it was not wet, it was not wet, but there was,
2  there was something transparent that it was--it was--it's very
3  slippery.
4      Q    You said that you could feel it.  How do you--how
5  could you feel it, did you touch it?
6      A    Yes, I touched it.
7      Q    With your hand?
8      A    With my hand.
9      Q    When did you touch it?
10     A    During the time that I was lying on my back on the
11 floor.
12     Q    How did you fell?  How did you slip and fell?
13 Describe to me that--the motions that occurred in that fall.
14     A    I fell and I fell backwards.
15     Q    Yeah, but you know, you fall and sometimes if you
16 fall with both feet, you just slip with one feet, you--what
17 happened?
18     A    I fell.  I slipped.  I slipped and I fell.
19     Q    How did you slip?
20     A    How did I slip? I slipped because the floor---
21     Q    No, no, no, no; how?  Not why.
22     A    How?
23     Q    Yeah.
24     A    You slip because the--I lost my feet in that area
25 where I was walking where the floor was slippery.

FASYO REPORTERS - English and Spanish
Ponce de León Ave. 1606 Suite 503
Santurce, PR 00909   (809)721-7668 721-7690