IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE VELASCO,                Civil No. 98-1867 (CCC)
HEIDI R. BERRIOS DE LORIE,
HEIDI MARIE LORIE BERRIOS,
GIANINE SUSETTE LORIE BERRIOS,
ROLANDO JOSE SANTIAGO BERRIOS,
and the conjugal partnership
formed by Jose M. Lorie Velasco
and Heidi R. Berrios de Lorie,

        Plaintiffs,

        vs.

K-MART CORPORATION,
ABC INSURANCE COMPANY,
DEF INSURANCE COMPANY,

        Third-Party Plaintiffs,

             vs.
GROUP SERVICE SYSTEM, COOPERATIVA
DE SEGUROS MULTIPLES DE PUERTO RICO,

        Third-Party Defendants.

        * * * * * * * * * * * *
Deposition of:  HEIDI R. BERRIOS SAAVEDRA DE LORIE

Taken by:       Defendant

Date:           December 15, 2000

Time:           4:03 p.m.

Place:          RAMIREZ LAVANDERO, LANDRON & VERA
                151 Fortaleza Street, Penthouse II
                San Juan, PR  00901


                    ORIGINAL


                                        EXHIBIT 3

JOANNE DE THOMAS - Court Reporter - (787) 287-4692

1    was looking at the things and they were there, I could

2    hear them, but they weren't exactly right with me.

3    They were in the aisle.

4          Q.    That you know, did any of your girls

5    witness the fall that your husband suffered?

6          A.    No.

7          Q.    Could you please--

8          A.    No, because they got scared too.  They

9    didn't see him.

10          Q.    Okay.  Could you please describe the way

11    your husband was lying on the floor when you saw him.

12    Was he sitting, was he--

13          A.    Like this.  On his back.  Completely face

14    up.

15          Q.    Okay.  So he was lying completely on his

16    back?

17          A.    Uh-huh.

18          Q.    He wasn't sitting or anything?

19          A.    No.  He was laying on the floor.

20          Q.    You said when you got there you felt the

21    floor slippery.  Did you see any substance or any

22    liquid on the floor--

23          A.    No.  It wasn't wet.

24          Q.    --like water?

1      A.    It was shiny.  But it wasn't wet.  Very,

2 very shiny.

3      Q.    So you didn't see any liquid or, you know,

4 like a soda spill or shampoo?

5      A.    No.

6      Q.    Nothing?

7      A.    No.

8      Q.    Or maybe a piece of paper?

9      A.    No.

10     Q.    Just shiny and slippery?

11     A.    Uh-huh.

12     Q.    I'm sorry to ask you at this moment, but

13 do you remember what K-Mart store did this accident

14 happen?

15     A.    The Trujillo Alto store.

16     Q.    Do you remember the approximate time of

17 the incident?

18     A.    I know we must have gotten there about

19 4:00, 4:15 or so.

20     Q.    So the accident happened more or less—

21     A.    4:15, 4:20.  I don't know exactly, but

22 more or less in that neighborhood.

23     Q.    Did you visit the store at Trujillo Alto

24 frequently?

JOANNE DE THOMAS — Court Reporter — (787) 287-4692