**EXHIBIT 2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 02-02474 |
| KMART CORPORATION, et al., ) | (Jointly Administered) |
| ) | Chapter 11 |
| ) | Hon. Susan Pierson Sonderby |
| Reorganized Debtors. ) | |

**ORDER DISALLOWING AND EXPUNGING OR
OTHERWISE REDUCING OR RECLASSIFYING CERTAIN CLAIMS
SET FORTH IN THE TWENTY-FIRST OMNIBUS OBJECTION
(CERTAIN PERSONAL INJURY AND OTHER CLAIMS)**

Upon the objection (the "Objection") under 11 U.S.C. §§ 102, 105, and 502 and Fed. R. Bankr. P. 3007 dated February 2, 2004 (the "Motion"), by Kmart Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, "Kmart"); it appearing to the Court that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of Kmart, their estates and their creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, it is hereby

ORDERED that the relief should be granted as set forth below,

1.  Pursuant to 11 U.S.C. §§ 102, 105, and 502 and Fed. R. Bankr. P. 3007, except as otherwise provided herein, each claim listed on Exhibits A and B in the row beginning "Claim to Be Disallowed" is disallowed and expunged in its entirety.

2. Pursuant to 11 U.S.C. §§ 102, 105, and 502 and Fed. R. Bankr. P. 3007, except as otherwise provided herein, each Claim listed on Exhibits C, D, E, G, and H is disallowed and expunged in its entirety.

3. Pursuant to 11 U.S.C. §§ 102, 105, and 502 and Fed. R. Bankr. P. 3007, except as otherwise provided herein, each claim listed on Exhibit F in the row beginning "Claim to Be Reclassified" is reclassified and/or reduced or set, as appropriate, in accordance with the corresponding row titled "Reclassified To."

4. With respect to each claim listed on Exhibits A, B, C, D, E, F, G, and H as "Continued," consideration of the Motion with respect to such claim shall be continued until April 27, 2004.

5. This Order is without prejudice to Kmart's right to object to any other claims in these Chapter 11 cases or to further object to claims objected to herein.

6. This Court shall retain jurisdiction over Kmart and the Claimants whose Claims are subject to the Objection with respect to any matters related to or arising from implementation of this Order.

Dated: Chicago, Illinois
_____, 2004

_____
Honorable Susan Pierson Sonderby
UNITED STATES BANKRUPTCY JUDGE

2

**21st Omnibus**

## Exhibit - F
## Proposed Settlement - Public Liability

In re: Kmart, Inc., et al.,
Case Nos. 02-02462 through 02-02499

| Claim # | Name and Address of Claimant | | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|
| | | Ordered | | | | | |
| 16524 | LOPEZ, MARY ANDREW M. KUSNIRIK, III 365 WHITE HORSE AT KITNER AVENUE HAMILTON, NJ 08610 | Ordered | $0.00 | $0.00 | $150,000.00 | $0.00 | $150,000.00 |
| **Claim To Be Reclassified** | | | | | | | |
| **Reclassified To** | | | | | | | |
| 683 | LOPEZ, RUBEN GREGORY P. SEGAL, ESQ. 315 S. BEVERLY DRIVE, STE. 307 BEVERLY HILLS, CA 90212 | Ordered | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 |
| **Claim To Be Reclassified** | | | | | | | |
| **Reclassified To** | | | | | | | |
| 18203 | LOPEZ,MARRISA (MNR) 5805 KINCAID ROSWELL, NM 88203 | Ordered | $0.00 | $0.00 | $0.00 | $1,800,000.00 | $1,800,000.00 |
| **Claim To Be Reclassified** | | | | | | | |
| **Reclassified To** | | | | | | | |
| 30690 | LORIE-VELASCO, JOSE M. P.O. BOX 16606 SAN JUAN, PR 00908 | Ordered | $0.00 | $0.00 | $0.00 | $84,000.00 | $84,000.00 |
| **Claim To Be Reclassified** | | | | | | | |
| **Reclassified To** | | | | | | | |
| 35991 | LOUD, SHARON 8404 SOUTH COURSE STREET #1106 HOUSTON, TX 77072 | Ordered | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim To Be Reclassified** | | | | | | | |
| **Reclassified To** | | | | | | | |
| | | | | | | $500.00 | $500.00 |
| 44938 | LOUISIANNA, PIERRE DAVID M. BENEFELD, ESQ. 5950 WEST OAKLAND PARK BLVD. SUITE 310 LAUDERHILL, FL 33313 | Ordered | $0.00 | $0.00 | $0.00 | $12,000,000.00 | $12,000,000.00 |
| **Claim To Be Reclassified** | | | | | | | |
| **Reclassified To** | | | | | | | |
| 8305 | LOURENCO, SHERRI 1876 LONGFELLOW STREET BALDWIN, NY 11510 | Ordered | $0.00 | $0.00 | $0.00 | $40,000.00 | $40,000.00 |
| **Claim To Be Reclassified** | | | | | | | |
| **Reclassified To** | | | | | | | |
| 11680 | LOVETT, ELEANOR STEPHEN SININS 201 WASHINGTON STREET NEWARK, NJ 07102 | Ordered | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim To Be Reclassified** | | | | | | | |
| **Reclassified To** | | | | | | | |
| | | | | | | $5,500.00 | $5,500.00 |
| 16335 | LOVETTE, DARIUS STEPHEN LIPSCHUTZ 1800 JOHN F. KENNEDY BLVD. 14TH FLOOR PHILADELPHIA, PA 19103 | Ordered | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 |
| **Claim To Be Reclassified** | | | | | | | |
| **Reclassified To** | | | | | | | |
| | | | | | | $0.00 | $0.00 |
| | | | | | | $20,000.00 | $20,000.00 |
| | | | | | | $0.00 | $0.00 |
| | | | | | | $0.00 | $0.00 |
| | | | | | | $50,000.00 | $50,000.00 |
| 37182 | LOWE, SUE 200 SERVICE RD. LAUREL, MS 39443 | Ordered | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 |
| **Claim To Be Reclassified** | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Reclassified To** | | | $0.00 | $0.00 | $0.00 | $16,600.00 | $16,600.00 |

Page 161