IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE VELASCO, et al  *
                              *
    Plaintiffs                *
                              *
    vs.                       *        CIVIL NO. 98-1867 (PG)
                              *
                              *
K-MART CORPORATION, et al     *
                              *
    Defendants                *
    Third Party Plaintiffs    *
                              *
    vs.                       *
                              *
GROUP SERVICE SYSTEM, et al   *
                              *
    Third Party Defendants    *
* * * * * * * * * * * * * * * *

## MOTION IN COMPLIANCE WITH ORDER
## ENTERED ON 3/10/04 (DOCKET NO. 190)

**TO THE HONORABLE COURT:**

**NOW INTO THIS COURT,** by and through the undersigned counsel,
come Plaintiffs to state the following:

In compliance with the Order given by this Court in the status
conference held on March 9, 2004, and entered on March 10, 2004
(docket # 190), Plaintiffs hereby inform that they have nothing to
change, supplement or add to the Proposed Pretrial Order filed by
the parties on March 27, 2001.


**RESPECTFULLY SUBMITTED.**  In San Juan, Puerto Rico, on May 7,
2004.

**I HEREBY CERTIFY** that on this date I electronically filed the
foregoing with the Clerk of the Court using the CM/ECF system which

1

will send notification of such filing to counsel for defendant

Marta E. Vila Baez, Esq., and Gerardo De Jesus Annoni, Esq.; third-

party defendant Vicente Santory Coll, Esq.


        S/    José F. Quetglas Jordán

            USDC-PR #203411
            **QUETGLAS LAW OFFICES**
            PO Box 16606
            San Juan PR 00908-6606
            Tel:(787)722-0635/(787)722-7745
            Fax: (787)725-3970
            Email: quetglaslaw@hotmail.com