```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE VELASCO, et al   *
                               *
     Plaintiffs                *
                               *
     vs.                       *        CIVIL NO. 98-1867 (PG)
                               *
                               *
K-MART CORPORATION             *
                               *
     Defendant                 *
*******************************
```

## PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S REPLY

**TO THE HONORABLE COURT:**

Plaintiffs, by and through the undersigned counsel, respectfully state and request:

Pursuant to Local Rule 7(c), the moving party cannot file a reply without prior leave of Court.

On May 17, 2004, Defendant K-mart, without first obtaining leave of this Court, filed a reply to Plaintiff's opposition to Defendant's motion to dismiss (docket number 206).

**WHEREFORE,** Plaintiffs respectfully request that Defendant K-mart's reply be stricken from the record, on grounds that it was filed in violation of Local Rule 7(c).

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, on May 17, 2004.

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for defendant

1

Marta E. Vila Baez, Esq., and Gerardo De Jesus Annoni, Esq.; third-party defendant Vicente Santory Coll, Esq.

    S/   <u>José F. Quetglas Jordán</u>

        USDC-PR #203411
        **QUETGLAS LAW OFFICES**
        PO Box 16606
        San Juan PR 00908-6606
        Tel:(787)722-0635/(787)722-7745
        Fax: (787)725-3970
        Email: quetglaslaw@hotmail.com