IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE M. LORIE VELASCO, et al<br><br>Plaintiffs<br><br>v<br><br>KMART CORPORATION, et al<br><br>Defendants | CIVIL NO.: 1998-1867 (PG) |

**JOINT MOTION IN COMPLIANCE WITH ORDER
REGARDING STATUS REPORT OF BANKRUPTCY PROCEEDINGS**

TO THE HONORABLE COURT:

COME NOW Plaintiffs and Defendant Kmart Corporation ("Kmart"), represented by their respective counsels, and respectfully inform:

1. On May 18, 2004, this Honorable Court ordered the parties are to submit a joint report by today June 22, 2004 as to the status proceedings before the Bankruptcy Court particularly with regards to the motion to reconsider filed by plaintiff on May 14, 2004. (Docket No. 210)

2. In compliance with such Order, it is hereby reported that the hearing to argue plaintiff's motion to reconsider has been adjourned until July 20, 2004 by agreement of the parties.

WHEREFORE, it is respectfully requested from this Honorable Court it takes notice of the above and thereby deems complied with the Status Report Order of May 18, 2004.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 22nd day of June 2004.

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT |
|---|---|
| s/José F. Quetglas Jordán<br>JOSE F. QUETGLAS JORDAN, ESQ.<br>USDC-PR No. 203411<br>QUETGLAS LAW OFFICES<br>PO BOX 16606<br>SAN JUAN, PR 00908-6606<br>Phone (787) 722-0635<br>Fax (787) 725-3970 | s/Marta E. Vilá Báez<br>MARTA E. VILA BAEZ, ESQ<br>USDC-PR No. 218111<br><br>s/Gerardo De Jesús Annoni<br>GERARDO DE JESUS ANNONI<br>USDC-PR No. 212209<br>SÁNCHEZ BETANCES & SIFRE, P.S.C.<br>P.O. BOX 195055<br>SAN JUAN, PR 00919-5055<br>Phone: (787) 756-7880<br>Fax  (787) 753-6580<br>mvila@sbslaw.com |

H:\550.000\550-298\MOTIONS\018A-MOTION.wpd