IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE M. LORIE VELASCO, et al<br><br>Plaintiffs<br><br>v<br><br>KMART CORPORATION, et al<br><br>Defendants | CIVIL  NO.: 1998-1867 (PG) |

**INFORMATIVE MOTION  REGARDING**
**STATUS REPORT OF BANKRUPTCY PROCEEDINGS**

TO THE HONORABLE COURT:

COMES NOW Defendant Kmart Corporation ("Kmart"), represented by the undersigned attorneys, and respectfully informs as follows:

1. It is hereby reported that the hearing to argue plaintiff's motion to reconsider before the Bankruptcy Court has been adjourned until August 31, 2004 by agreement of the parties.

WHEREFORE, it is respectfully requested from this Honorable Court it takes notice of the above.

RESPECTFULLY SUBMITTED.

IT IS HEREBY CERTIFIED that on July 21st , 2004,  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **José Quetglas Jordán, Esq.**, Quetglas Law Office, P.O. Box 16606, San Juan, Puerto Rico, 00907-6606.

In San Juan, Puerto Rico, this 21st day of July 2004.

        Attorneys for Defendant Kmart Corporation
        SÁNCHEZ BETANCES & SIFRE, P.S.C.
        P.O. BOX 195055
        SAN JUAN, PUERTO RICO, 00919-5055
        Phone: (787) 756-7880
        Fax No. (787) 753-6580
        mvila@sbslaw.com

        s/Marta E.Vila Baez
        MARTA E. VILA BAEZ
        USDC NO. 218111

        s/Gerardo De Jesus Annoni
        GERARDO DE JESUS ANNONI
        USDC NO. 212209

H:\550.000\550-298\MOTIONS\019INFORMATIVEMOTION.wpd