```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE VELASCO, et al  *
                              *
    Plaintiffs                *
                              *
    v.                        *          CIVIL NO. 98-1867 (PG)
                              *
                              *
K-MART CORPORATION            *
                              *
    Defendant                 *
* * * * * * * * * * * * * * * *
```

MOTION FOR FURTHER STATUS CONFERENCE

TO THE HONORABLE COURT:

NOW INTO THIS COURT, by and through the undersigned counsel, come Plaintiffs to state and request the following:

Following this Court's instruction, the parties made a final effort to settle this case.  Although the parties came close, they were not able to reach an agreement.  In view thereof, the parties respectfully request this Court to schedule a status conference to program further proceedings in this case.

RESPECTFULLY SUBMITTED.  In San Juan, Puerto Rico, on December 17, 2004.

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Defendant.

                        S/   José F. Quetglas Jordán

                             USDC-PR #203411
                             **QUETGLAS LAW OFFICES**

1

```
PO Box 16606
San Juan PR 00908-6606
Tel:(787)722-0635/(787)722-7745
Fax: (787)725-3970
Email: quetglaslaw@hotmail.com
```