```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO
```

JOSE M. LORIE VELASCO, et al   \*
                                        \*
    Plaintiffs               \*
                                        \*
    v.                           \*         CIVIL NO. 98-1867 (PG)

K-MART CORPORATION

    Defendant

## MOTION FOR BRIEF CONTINUANCE OF STATUS CONFERENCE

**TO THE HONORABLE COURT:**

    **NOW INTO THIS COURT,** by and through the undersigned counsel, come Plaintiffs to state and request the following:

    By Order of this Honorable Court, issued on December 20, 2004, a status conference was set for December 28, 2004.

    Plaintiffs' counsel will not be able to attend the conference on the scheduled date because he will be absent from this district from Sunday, December 26, 2004, to Tuesday, January 11, 2005. Plaintiffs apologize to the Court for not mentioning this in their December 17, 2004, motion for further status conference.

    Plaintiffs' counsel will be available for status conference on or after Thursday, January 13, 2005. Such a brief continuance will not cause prejudice to any of the parties involved in this litigation.

    **WHEREFORE,** Plaintiffs respectfully request this Court to reschedule the status conference for the earliest date available in its calendar, on or after Thursday, January 13, 2005.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, on December 17, 2004.

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for Defendant.

    S/   <u>José F. Quetglas Jordán</u>

       USDC-PR #203411
       **QUETGLAS LAW OFFICES**
       PO Box 16606
       San Juan PR 00908-6606
       Tel:(787)722-0635/(787)722-7745
       Fax: (787)725-3970
       Email: quetglaslaw@hotmail.com