IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE M. LORIE VELASCO, et al<br><br>Plaintiffs<br><br>v<br><br>KMART CORPORATION, et al<br><br>Defendants | CIVIL NO.: 1998-1867 (PG) |

**MOTION REQUESTING TRANSFER OF STATUS CONFERENCE
SET FOR JANUARY 20, 2005**

TO THE HONORABLE COURT:

COMES NOW Defendant Kmart Corporation ("Kmart"), represented by the undersigned attorneys, and respectfully informs as follows:

1.   A status conference has been set for January 20, 2005 at 8:45 am in the case at bar. Nevertheless, the undersigned counsel has a conflicting previously scheduled pre-trial in the state court case Esmeralda Audiffred v. Ashford Presbyterian Community Hospital, Civil No. 02-1001 (502), which is set for 9:00 am.

2.   For the foregoing reason, it is hereby respectfully requested that this Honorable Court enters an order transferring the status conference to the next available date in its calendar.

WHEREFORE, it is respectfully requested from this Honorable Court it takes notice of the above, and consequently transfers the status conference set for January 20, 2005 to the next available date in its calendar.

RESPECTFULLY SUBMITTED.

IT IS HEREBY CERTIFIED that on December 30, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **José Quetglas Jordán, Esq.**, Quetglas Law Office, P.O. Box 16606, San Juan, Puerto Rico, 00907-6606.

In San Juan, Puerto Rico, this 30th day of December 2004.

>Attorneys for Defendant Kmart Corporation
>SÁNCHEZ BETANCES, SIFRE, MUÑOZ NOYA & RIVERA, P.S.C.
>P.O. BOX 195055
>SAN JUAN, PUERTO RICO, 00919-5055
>Phone: (787) 756-7880
>Fax No. (787) 753-6580
>mvila@sbslaw.com
>mvila@sbsmnr.com
>
>s/Marta E.Vila Baez
>MARTA E. VILA BAEZ
>USDC NO. 218111

H:\550.000\550-298\MOTIONS\021MOTIONREQUESTINGTRANSFEROFSTATUSCONFERENCE.wpd