```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE VELASCO, et al   *
                               *
      Plaintiffs               *
                               *
      vs.                      *      CIVIL NO. 98-1867 (PG)
                               *
                               *
K-MART CORPORATION, et al      *
                               *
      Defendants               *
* * * * * * * * * * * * * * * *
```

**PLAINTIFFS' MOTION TO SEAL MOTION WITH REGARD
TO DISTRIBUTION OF SETTLEMENT FUNDS**

**TO THE HONORABLE COURT:**

Plaintiffs, by and through the undersigned counsel, respectfully state and request the following:

1. On this same date, attached to this motion and under seal, Plaintiffs are filing a motion with regard to the distribution of settlement funds.

2. Since the parties have agreed that the terms and conditions of the settlement agreement are to be kept confidential, the attached motion with regard to the distribution of settlement funds should be maintained under seal.

**WHEREFORE,** the plaintiffs respectfully request this Court to keep attached motion with regard to the distribution of settlement funds under seal.

1

    I HEREBY CERTIFY that on this same date an exact copy of this motion has been forwarded to: Marta E. Vila Baez, Esq., and Gerardo De Jesus Annoni, Esq., SANCHEZ, BETANCES, SIFRE, MUÑOZ, NOYA & RIVERA, at 33 Bolivia St., San Juan, P.R., 00918.

                                     José F. Quetglas Jordán
                                     USDC-PR #203411

**QUETGLAS LAW OFFICE**

PO BOX 16606
SAN JUAN, PUERTO RICO, 00908-6606
TEL. 722-0635 & 722-7745

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.