```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO

JOSE M. LORIE VELASCO, et al    *
                                *
     Plaintiffs                 *
                                *
     vs.                        *    CIVIL NO. 98-1867 (PG)
                                *
                                *
K-MART CORPORATION, et al       *
                                *
     Defendants                 *
* * * * * * * * * * * * * * * *
```

**PLAINTIFFS' MOTION TO SEAL AMENDED MOTION WITH REGARD TO DISTRIBUTION OF SETTLEMENT FUNDS**

**TO THE HONORABLE COURT:**

Plaintiffs, by and through the undersigned counsel, respectfully state and request the following:

1. On June 15, 2005, Plaintiff filed under seal their motion with regard to the distribution of settlement funds. *See,* Docket Entry 241.

2. After the filing, clerical errors were detected in the motion in question. These errors have been corrected in the enclosed amended motion under seal.

3. Since the parties have agreed that the terms and conditions of the settlement agreement are to be kept confidential, the attached amended motion with regard to the distribution of settlement funds should be maintained under seal.

1

**WHEREFORE,** the plaintiffs respectfully request this Court to keep the attached amended motion with regard to the distribution of settlement funds under seal.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, on June 17, 2005.

I HEREBY CERTIFY that on this same date an exact copy of this motion has been forwarded to: Marta E. Vila Baez, Esq., and Gerardo De Jesus Annoni, Esq., SANCHEZ, BETANCES, SIFRE, MUÑOZ, NOYA & RIVERA, at 33 Bolivia St., San Juan, P.R., 00918.

José F. Quetglas Jordán
USDC-PR #203411

**QUETGLAS LAW OFFICE**

PO BOX 16606
SAN JUAN, PUERTO RICO, 00908-6606
TEL. 722-0635 & 722-7745

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.