IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE M. LORIE-VELASCO, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> K-MART CORPORATION, ET AL., <br><br> Defendants | Civil No. 98-1867(PG) |

**JUDGMENT**

This Court having accepted the parties' "Sealed Confidential Settlement Agreement" (Docket Nos. 237) determines it is: **ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby made part of this judgment as though set forth <u>in extenso</u>. FURTHER, it is

**ORDERED and ADJUDGED** that the complaint be **DISMISSED WITH PREJUDICE** as to the Defendants, each party to bear its own costs and attorneys fees, but the Court will retain jurisdiction until the terms and conditions of the settlement agreement are implemented and fully complied with, subject to the continuance of the automatic stay imposed by 11 U.S.C. §362(a) as to the collection or execution on any final judgment or settlement against defendant.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, June 23, 2005.

s/JUAN M. PEREZ-GIMENEZ
U. S. District Judge