## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JOSÉ M. LORIÉ VELASCO, ET AL.**<br><br>    Plaintiffs<br><br>**V.**<br><br>**K-MART CORPORATION**<br><br>Defendants | **CIVIL NO. 98-1867 (PG)** |

**MOTION IN RELATION TO ORDER DATED JULY 10, 2006**

Come now plaintiffs Heidi R. Berríos Saavedra, Heidi M. Lorié Berríos, Gianine S. Lorié Berríos and Rolando Santiago Berríos ("*Berríos Plaintiffs*"), and state as follows:

1.      On May 29, 2006, the *Berríos Plaintiffs* filed a motion in the context of this case titled *"Urgent Motion Requesting Leave to Assume the Representation of Certain of the Plaintiffs and to Other Effects,"* which, upon explaining a number of events, many presumed due to the sealed nature of the judgment entered in the case, requested to this Court to "*assuming that Attorney Quetglas will withdraw his representation of plaintiffs in this case, the Berrios Plaintiffs pray to this Honorable Court to: (1) allow the undersigned to assume the representation of the Berrios Plaintiffs; (2) provide plaintiff Lorié ten (10) days at most to find new representation; and (3) to order the disbursement of funds contemplated by the settlement agreement in this case as soon as possible.*"[1]

---

[1] Docket No. 247.

2. On July 10, 2006, this Court issued an order[2] which granted the undersigned motion to substitute the representation of the Berríos Plaintiffs and granted Attorney Jose F. Quetglas motion to seal certain documents related to the judgement in this case.

3. Although not said in the order expressly, we must assume that the Court's approval of Attorney Quetglas' seal motion, coupled with the authorization of the undersigned to assume the representation Berríos Plaintiffs and the information provided in the Berríos Plaintiffs' motion dated May 29, 2006,[3] that Attorney Jose F. Quetglas requested in the seal motion to withdraw from the representation of all plaintiffs and it was granted. It is also presumable that plaintiff José M. Lorie Velasco was fully informed of the situation.

4. To this day, however, plaintiff José M. Lorie Velasco has not made an appearance in this case.

5. As explained in Berríos Plaintiffs' motion dated May 29, 2006,[4] the Berríos Plaintiffs are under going through great financial hardship and are in dire need of the moneys which were awarded to them in the judgment by stipulation entered in this case.

WHEREFORE, the Berríos Plaintiffs pray to this Court to authorize their withdrawal of the moneys awarded to them in the judgment by stipulation issued in this case, funds which were deposited with the Clerk of this Court by Attorney Jose F. Quetglas.

---

[2] Docket No. 250.

[3] Docket No. 247.

[4] Docket No. 247.

Respectfully submitted in San Juan, Puerto Rico this May 29, 2006.

    S/Pablo Landrau Pirazzi
    U.S.D.C.P.R. No. 203113
    Attorney for the Berrios Plaintiffs
    P.O. Box 21341
    Río Piedras, Puerto Rico 00928
    Tel. No. (787) 504-1155
    Fax. No. (787) 293-5816
    E-mail: pablolegal@prtc.net

**CERTIFICATE OF SERVICE**

I do hereby certify that, on May 29, 2006, I electronically filed the foregoing document with the Clerk of the Court through the CM/ECF system, which will send notification to the attorneys of record.

    S/Pablo Landrau Pirazzi
    U.S.D.C.P.R. No. 203113
    Attorney for the Berrios Plaintiffs
    P.O. Box 21341
    Río Piedras, Puerto Rico 00928
    Tel. No. (787) 504-1155
    Fax. No. (787) 293-5816
    E-mail: pablolegal@prtc.net